ACCEPTED
01-14-00174-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/17/2015 1:38:45 PM
CHRISTOPHER PRINI
CLERK

## COURT OF APPEALS NO. 01-14-00174-CR

### TRIAL COURT CAUSE NO. 1389676

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/17/2015 1:38:45 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **STEPHEN CLARK WEBB** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **vs** | § | |
| | § | |
| **THE STATE OF TEXAS** | § | **FIRST DISTRICT OF TEXAS** |

### APPELLANT'S MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, STEPHEN CLARK WEBB, Appellant in the above-entitled and numbered cause, and files this, Appellant's Motion to Extend Time to File Motion for Rehearing, and for good cause moves the Court to grant an extension as follows:

1.  The deadline for filing a Motion for Rehearing in this matter is April 17, 2015.

2.  Appellant is seeking a 14 day extension to file his Motion for Rehearing.

3.  Appellant seeks additional time to file his Motion for Rehearing for the following reason:

    Appellant's counsel has been in Arizona working on other cases for a total of 7 of the 11 business days since this Court rendered its Opinion on April 2, 2015. Appellant's counsel needs time to review the Opinion and record to prepare his Motion for Rehearing.

4.  There has been no previous extension granted regarding the filing of a Motion for Rehearing and the Harris County District Attorney's Office does not oppose the extension requested.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant this Motion and extend the time to file his Motion for Rehearing until May 1, 2015.

Respectfully submitted,

/s/ John S. Cossum
**JOHN S. COSSUM**
TSB #04854500
440 Louisiana, Suite 900
Houston, TX 77002
Telephone: (713) 222-6134
Facsimile: (713) 222-6144
E-Mail: jcossum@cossumlaw.com

ATTORNEY FOR APPELLANT,
STEPHEN CLARK WEBB


## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with all other parties which are listed below about the merits of this motion with the following results: Counsel for The State of Texas, Assistant District Attorney, Eric Kugler, does not object to this motion.

Eric Kugler
Assistant District Attorney on Appeal
TBC # 796910
Harris County District Attorney's Office
1201 Franklin, Suite 600
Houston, Texas 77002
Telephone: (713) 755-5826


ATTORNEY FOR APPELLEE,
STATE OF TEXAS

/s/ John S. Cossum
**JOHN S. COSSUM**
State Bar No. 04854500
440 Louisiana, Suite 850
Houston, Texas 77002
Telephone: (713) 222-6134
Facsimile: (713) 222-6144
E-Mail: jcossum@cossumlaw.com

ATTORNEY FOR APPELLANT,
STEPHEN CLARK WEBB

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d) and (e), I certify that a true and correct copy of the foregoing document has been delivered to all other parties which are listed below via electronic transmission on this 17th day of April, 2015.

Eric Kugler
Assistant District Attorney on Appeal
TBC # 796910
Harris County District Attorney's Office
1201 Franklin, Suite 600
Houston, Texas 77002
Telephone: (713) 755-5826

ATTORNEY FOR APPELLEE,
STATE OF TEXAS

/s/ John S. Cossum
**JOHN S. COSSUM**
State Bar No. 04854500
440 Louisiana, Suite 850
Houston, Texas 77002
Telephone: (713) 222-6134
Facsimile: (713) 222-6144
E-Mail: jcossum@cossumlaw.com

ATTORNEY FOR APPELLANT,
STEPHEN CLARK WEBB